UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHARLES WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CV-27 |
| | ) | (GUYTON) |
| SEVIER COUNTY, TENNESSEE, and | ) | |
| RON SEALS, Sheriff, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

The Court conducted a scheduling conference in this matter on September 19, 2007. The parties stipulated that defendant Bruce Montgomery is deceased. Defendant Montgomery was sued only in his official capacity as sheriff of Sevier County, Tennessee. His successor, Sheriff Ron Seals, is automatically substituted as party defendant. Fed. R. Civ. P. 25(d).

Accordingly, it is **ORDERED** that Ron Seals, Sheriff, is hereby substituted as a defendant for Bruce Montgomery, in his official capacity as sheriff of Sevier County, Tennessee, and the Court Clerk is **DIRECTED** to amend the caption of this case consistent with the caption of this Memorandum and Order.

**IT IS SO ORDERED.**

ENTER:

　　s/ H. Bruce Guyton
United States Magistrate Judge

1